UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WENDELL BURTS (1) | Case No. 2:22-CR-014 JD |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on October 6, 2022 [DE 48]. Accordingly, the Court now ADOPTS those findings and recommendations, ACCEPTS defendant Wendell Burts' plea of guilty, ACCEPTS the plea agreement, and FINDS the defendant guilty of Count 1 of the Indictment, for violating 18 U.S.C. § 1349.

Any objections a party submits to the probation officer in response to the draft Presentence Report must specifically identify the basis of the objection and any supporting authority. Should the Addendum to the Final Presentence Report reflect any outstanding objections by a party, that party must specifically state in its sentencing memorandum whether it maintains that objection. If so, the party must identify the basis and authority for its objection and, where applicable, any evidence the party expects to offer in support of that objection. The party should also state if, consistent with Rule 32(i)(3)(B), it does not believe a ruling on that objection will be necessary.

SO ORDERED.

ENTERED: October 21, 2022

                                                   /s/ JON E. DEGUILIO
                                               Chief Judge
                                               United States District Court